JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BEAR TRUCKING CORP., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:19-cv-09745-RGK-GJS<br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850, 8th Floor<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

Having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Defendant Travelers Property Casualty Company of America and Plaintiff Big Bear Trucking Corp., and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice; and
2. Each Party is to bear its own attorneys' fees and costs.

   **IT IS SO ORDERED.**

Dated: December 11, 2020            By: _/s/ Gary Klausner_
                                                    Hon. R. Gary Klausner
                                                    United States District Court

-1-
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE